# United States District Court

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
              Plaintiff,

                V.                                    Case No. **09-Cr-254**

**MICHAEL RILEY**

                      Defendant.

PLEASE TAKE NOTICE that the above-entitled case is scheduled for:

## Arraignment & Plea

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

CTRM. NO. **282** at **10:30 a.m.** on **OCTOBER 28, 2009** ,

before **Hon. Patricia J. Gorence**.

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date:  October 20, 2009                    JON W. SANFILIPPO
                                           Clerk of Court

Counsel                                    BY:   s/Kathleen A. Fink

Federal Defender Services                        Kathleen A. Fink, Deputy Clerk
                                                 (414) 297-3334

                                           __X__  AUSA Brian J. Resler

Defendant                                  __X__  U.S. Marshal
MICHAEL RILEY
Deft. in custody                           __X__  Pretrial Services
(Dodge)